ACCEPTED
14-15-00255-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/10/2015 3:25:59 PM
CHRISTOPHER PRINE
CLERK

No. 14-15-00255-CR

In the
### COURT OF APPEALS
For the
### FOURTEENTH JUDICIAL DISTRICT
at Houston, Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

9/10/2015 3:25:59 PM

CHRISTOPHER A. PRINE
Clerk

On Appeal from the 174th Judicial District Court of
Guadalupe County, Texas
in Cause Number 1425902

JESUS LORENZO VILLASENOR, Appellant

*v.*

THE STATE OF TEXAS, Appellee

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF THE FOURTEENTH COURT OF APPEALS:**

COMES NOW, Jesus Lorenzo Villasenor, Appellant herein, by and through his attorney of record, Patrick F. McCann, and files this, his Final Motion for Extension of Time. In support of said motion, Appellant would respectfully show the Court the following:

1)      Appellant's brief is due on September 9, 2015, however, exceptional

circumstances exist that warrant the grant of a final extension in time in which to file Appellant's brief to protect Appellant's state and federal rights.

2) This request is for 45 days only.

3) The undersigned counsel, a solo practioner, lost his office assistant of several year two weeks ago.

4) The undersigned has been preparing a death brief in *Rivers* v. *State* to Trial in *State v. Sciacca* in the 179th District Court, is filing a brief on a non-death capital Monday in *Sam* v. *State*, is preparing a brief in *Tan v. State,* and is preparing for a trial later this month on a capital case in the Court of Criminal Appeals, a death brief to the Fifth Circuit in *Norris v. Stephens,* filed a Motion for New *State of Texas* v. *Lopez,* though it is possible that case may be re-set or pled.

4) This case, though older, was sent back to the trial court for reassignment, and the record is voluminous. The Court of Appeals in its order specifically disagreed with the appellate attorney, who was also the trial attorney, and who was removed as counsel of record by order of the Court, as to the presence of any arguable points of error, and thus the undersigned wishes to carefully review this extensive record for arguable points of error.

For the reasons set forth above, Appellant respectfully requests that he be granted an extension of forty-five (45) days from this date so that his brief in this case

will now be due on October 23, 2015, and the Court will accept the filed brief.

PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully requests that this Court grant his Motion for Extension of Time, and that the Court further grant any additional relief to which he may be justly entitled.

DATED this 8th day of September, 2015.

Respectfully submitted,

**The Law Offices of Patrick McCann**

By: */s/ Patrick F. McCann*

Patrick F. McCann
SBN: 00792680
909 Texas Avenue, Suite 205
Houston, Texas 77002
Phone: (713) 223-3805
eFax: (281) 667-3352

## CERTIFICATE OF SERVICE

This is to certify that on September 8, 2015, a true and correct copy of the above and foregoing document was duly served by either prepaid U. S. Mail or by Hand-Delivery upon the following:


Mr. Alan Curry
Chief Prosecutor, Appellate Division
Harris County District Attorney's Office
1201 Franklin Street, Ste. 600
Houston, TX 77002-1923
*Via e-Filing Pro-Doc Courtesy Copy Service:* [Curry_Alan@dao.hctx.net](mailto:Curry_Alan@dao.hctx.net)


/s/ Patrick F. McCann
Patrick F. McCann